IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
AT AKRON, OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-51345-AMK |
| | ) | |
| GERALD B. BARKER, | ) | CHAPTER 13 |
| | ) | |
| | ) | BANKRUPTCY JUDGE |
| Debtor. | ) | ALAN M. KOSCHIK |
| | ) | |
| | ) | OBJECTION TO CONFIRMATION OF |
| | ) | CHAPTER 13 PLAN FILED |
| | ) | JUNE 4, 2018 |
| | ) | |

Now comes the Creditor, Kristen M. Scalise, Summit County Fiscal Officer, and hereby objects to the Confirmation of the Plan of the Debtor filed herein on June 4, 2018, for the following reasons:

1. The Chapter 13 Plan of Debtor, in violation of 11 U.S.C. Section 1325(a)(5), fails to adequately provide for the secured claim of the Summit County Fiscal Office, which holds the first and best lien for delinquent real estate taxes on the real property of the Debtor located at 1253 Hardesty Boulevard, Akron, Ohio, Parcel No: 68-14086.

2. Creditor has a total secured claim of $3,281.50 for delinquent real estate taxes on the subject property. Debtor's Plan fails to provide for any payment of this claim in the Plan. Instead Debtor seeks to pay his real estate taxes outside the Plan on this parcel only and provides no specifics. Debtor is not eligible for any payment plan offered by the Summit County Fiscal Office.

3. Creditor has no adequate assurance of payment of its claim at this time;

1

4. This objection shall act as a standing and continuing objection to the currently proposed plan of Debtor and any subsequent plan or plans, which the Debtor may file.

Respectfully submitted,

/S/Regina M. VanVorous
Regina M. VanVorous, #0020786
Attorney for Creditor Kristen M. Scalise,
Fiscal Officer,
Summit County Fiscal Office
53 University Avenue, 7th Floor
Akron, Ohio 44302
(330) 643-8409 / (330)643-8540 Fax
rvanvorous@summitoh.net

## CERTIFICATE OF SERVICE

I certify that on the 13th day of June, 2018, copies of this Objection to the Confirmation of the Plan of Debtor were served by regular U.S. Mail or by electronic mail to the persons listed below:

Ryan R. McNeil   ryanmcneil@mcneilfirm.com

Keith Rucinski   efilings@ch13akron.com, krucinsku@ecf.epiqsystems.com

Daniel M. Dermott, Esq.   Via ECF
Office of the US Trustee

Adair Asset Management Company
405 N. 115th Street
#100
Omaha, NE 68154

Adair Asset Management LLC
PO Box 1414
Minneapolis, MN 55480

Ally Financial
PO Box 9001951
Louisville, KY 40290

Ally Financial
PO Box 951
Horsham, PA 19044

Ally Financial
PO Box 380902
Minneapolis, MN 55438

Capital One
PO Box 30279
Salt Lake City, UT 84130

Capital One
PO Box 30253
Salt Lake City, UT 84130

Centralized Business Solutions Co.
PO Box 2714
North Canton, OH 44720

Centralized Business Solutions Co.
6973 Promway Ave NW
North Canton, OH 44720

Edward T. Marshall DDS
3075 Smith Road
#102
Akron, OH 44333

Fidelity Collections
PO Box 2055
Alliance, OH 44601

Fidelity Collections
855 S. Sawburg Avenue
Suite 103
Alliance, OH 44601

First Federal Credit Control
24700 Chagrin Blvd

Suite 205
Beachwood, OH 44122

General Emer Med Specialists
PO Box 74089
Cleveland, OH 44194

General Emer Med Specialists
PO Box 311127
Independence, OH 44131

HCM Group
29065 Clemends Road
Suite 200
Westlake, OH 44145

Midland Funding LLC
2365 Northside Drive
Suite 300
San Diego, CA 92108

Midland Funding LLC
8875 Aero Drive
Suite 200
San Diego, CA 92123

National Loan Investors LP
5619 N. Classen Blvd
Oklahoma City, OK 73118

National Loan Investors, L.P.
3030 N.W. Expressway
Suite 1313
Oklahoma City, OK 73112

Nationstar Mortgage
PO Box 650783
Dallas, TX 75265

Nationstar Mortgage
PO Box 619098
Dallas, TX 75261

Nationstar Mortgage

PO Box 60516
City of Industry, CA 91716

Nationstar Mortgage LLC
8950 Cypress Water Blvd
Irving, TX 75063

Ohio Department of Taxation
Attn: Bankruptcy Division
P.O. Box 530
Columbus, OH 43216-0530

Ohio Department of Taxation
150 East Gay Street
21st Floor
Columbus, OH 43215

Ohio Department of Taxation
PO Box 2678
Columbus, OH 43216

Ohio Dept of Taxation, c/o Attorney
General, Collection Enforcement
Section, Attn: Bankruptcy Staff
150 E. Gay St, 21st Floor
Columbus, OH 43215

Radiology & Imaging Services Inc
1655 West Market Street
Akron, OH 44313

Radiology & Imaging Services Inc.
PO Box 1931286
Cleveland, OH 44193-1494

Summa Emergency Associates
525 E. Market Street
Akron, OH 44304

Summa Emergency Associates
PO Box 1649
Akron, OH 44309

Summit County Court of Common Pleas

209 S. High Street
Akron, OH 44308

University Hospitals
20800 Harvard Road
Beachwood, OH 44122-7202

University Hospitals
Fairlawn Health Center
3800 Embassy Parkway
Akron, OH 44333

Woods Cove III LLC
P.O. Box 7055
Beverly Hills, CA 90212

Woods Cove III, LLC
2000 Avenue of Stars
Ninth Floor
Los Angeles, CA 90067

Woods Cove III, LLC
File 1411
1801 West Olympic Blvd
Pasadena, CA 91199

Yvonne Latson
821 Sunridge Road
Akron, OH 44333

Yvonne M. Latson
821 Sunridge Road
Akron, OH 44333

/S/ Regina M. VanVorous
Regina M. VanVorous, #0020786
Attorney for Creditor