Northern District Of Ohio
455 John F. Seiberling Federal Building
US Courthouse
2 South Main Street
Akron, OH 44308

**Case No. 18–51345–amk**

**In re:**
  Gerald B. Barker
  821 Sunridge Road
  Fairlawn, OH 44333

**Social Security No.:**
  xxx–xx–8542

**NOTICE OF HEARING**

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
August 16, 2018 at 2:00 am
US Bankruptcy Court, 2 S. Main St, 260 John F. Seiberling Federal Building
Akron, OH 44308

To consider and act upon the following matters:

Objection to Confirmation of Plan Filed by Creditor Summit County Fiscal Officer c/o Summit County Prosecutor's Office attn: Civil Division

**Dated:** June 19, 2018  
Form ohnb187

For the Court
Teresa D. Underwood, Clerk