# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO - AKRON

| | |
|---|---|
| IN RE: ) | CASE NO. 18-51345 |
| ) | Chapter 13 |
| GERALD B. BARKER ) | |
| ) | JUDGE ALAN M. KOSCHIK |
| Debtor(s). ) | |
| ) | **WITHDRAWAL OF OBJECTION** |
| ) | **TO PLAN OF KRISTEN M. SCALISE,** |
| ) | **SUMMIT COUNTY FISCAL OFFICER** |

Creditor, Kristen M. Scalise, Fiscal Officer, Summit County Fiscal Office, hereby withdraws her Objection to the Plan of Debtor electronically filed herein on June 13, 2018. This objection is being withdrawn because a new plan has been filed herein on August 15, 2018.

Respectfully submitted,

SHERRI BEVAN WALSH
Summit County Prosecutor

/s/Regina M. VanVorous
REGINA M. VANVOROUS, 0020786
Assistant Prosecuting Attorney
53 University Avenue, 7th Floor
Akron, Ohio 44308
(330) 643-8409 / Fax (330) 643-8540

Attorney for Creditor Kristen M. Scalise,
Summit County Fiscal Officer

## CERTIFICATE OF SERVICE

I certify that on the 28th day of August, 2018, copies of this withdrawal of objection to the Confirmation of the Plan of Debtor were served by regular U.S. Mail or by electronic mail to the persons listed below:

Ryan R. McNeil ryanmcneil@mcneilfirm.com

Keith Rucinski   efilings@ch13akron.com, krucinsku@ecf.epiqsystems.com

Daniel M. Dermott, Esq.   Via ECF
Office of the US Trustee

Adair Asset Management Company
405 N. 115th Street #100
Omaha, NE 68154

National Loan Investors LP
5619 N. Classen Blvd
Oklahoma City, OK 73118

Yvonne M. Latson
821 Sunridge Road
Akron, OH 44333

Lindsey Hall, Esq.
Keith D. Weiner & Associates
75 Public Square, 4th Floor
Cleveland, OH   44113

/S/ Regina M. VanVorous
Regina M. VanVorous, #0020786
Attorney for Creditor